Nov. Term, 1839.

GODFREY
v.
M'CULLOCH.

---

GODFREY and Another *v.* M'CULLOCH.—In error.

*Tuesday,*
*November* 19.

A WRIT in debt was issued in favour of *M'Culloch* against *Godfrey* and *Bertholet*, the plaintiff having declared against the defendants on a joint cause of action. The writ

was served on *Godfrey*, and returned "not found" as to *Bertholet*. Another writ was afterwards issued on motion of the plaintiff, but it was against *Bertholet* alone, to answer to the suit of *M'Culloch*, without any reference to *Godfrey*, or to a joint action against him and *Bertholet*. Service of the last-named writ having been proved, *Godfrey* and *Bertholet* were called and made default; whereupon a joint judgment was rendered against them.

This judgment was held to be erroneous. *Bertholet* had no notice of the suit against *Godfrey* and himself: the process served on him purported to be in a different action.